ADELBERT REALTY CORPORATION, Appellant, v. ABRAHAM ROSENBLUM, as Executor and Trustee under the Will of SAMUEL K. JOHNSON, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 929.]

QUAKER OATS COMPANY, Respondent, v. CITY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 893.]

HILL PACKING COMPANY, Respondent, v. CITY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [185 Misc. 238.] [See post, p. 893.]

EDDIE DOWLING et al., Suing on Behalf of Themselves and All Other Members of the American Society of Composers, Authors and Publishers, Similarly Situated, Respondents, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 893.]

VINCEL L. DUVAL, Respondent, v. SPYROS P. SKOURAS, Appellant, et al., Defendants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY HILL OPERATING Co., INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [112 Park Ave. and 58 E. 41st St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1107 FIFTH AVENUE CORPORATION, Respondent, against WALTER A. MUNGEER et al., Constituting the Tax Commission of the City of New York, Appellants. [1107 Fifth Ave., Borough of Manhattan.] — Order unanimously modified by increasing the assessed valuation of the land for the year 1943–44 to $372,000, and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

KOLL BIORNSTAD, Appellant-Respondent, v. WATERTIGHT SLIDE FASTENER CORPORATION, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

BENJAMIN DIAMOND et al., as Trustees under Agreements and Declarations of Trust Dated March 24, 1941, Respondents, v. JACOB BERMAN, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of the CITY OF NEW YORK, Respondent-Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Palisade Avenue and Kappock Street in the Borough of The Bronx. ESTATE OF ISAAC G. JOHNSON, Appellant-Respondent; VILLA C. BRONTE et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with